KING, Circuit Judge,
dissenting:
With all respect for my good friends in the panel majority, I am entirely unconvinced that this Title VII race discrimination case is as black and white as the majority suggests. Viewing the facts in the light most favorable to McZeke, a reasonable jury could readily conclude that McZeke was terminated because of her race. In these circumstances, I am satisfied to adopt the well-crafted Report and Recommendation of the federal magistrate judge denying summary judgment to Horry County. See McZeke v. Horry Cnty., No. 4:10-cv-02944, 2013 WL 5438743 (D.S.C. Aug. 8, 2013), ECF No. 70. I would therefore vacate and remand for further proceedings, that is, a jury trial on the merits.
I respectfully dissent.